| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Steven J. Nataupsky, steven.nataupsky@knobbe.com | |
| Lynda J. Zadra-Symes, lynda.zadrasymes@knobbe.com | |
| Jacob R. Rosenbaum, jacob.rosenbaum@knobbe.com | |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | |
| 2040 Main Street, Fourteenth Floor | |
| Irvine, CA 92614 | |
| Phone: (949) 760-0404/Facsimile: (949) 760-9502 | |

ATTORNEY(S) FOR: Plaintiff Monster Energy Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MONSTER ENERGY COMPANY, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:23-cv-00568 |
| v. | |
| BEAST COOKIE COMPANY, LLC | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff MONSTER ENERGY COMPANY_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| MONSTER ENERGY COMPANY | Plaintiff |
| MONSTER BEVERAGE CORPORATION | Parent Corporation of Monster Energy Company |
| THE COCA-COLA COMPANY | Shareholder owning approximately 16.7% of common stock of Monster Beverage Corporation |

March 30, 2023          /s/ Jacob R. Rosenbaum
Date                              Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Monster Energy Company