AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  __Central District of California__  on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:23-cv-00568 | DATE FILED<br>3/30/2023 | U.S. DISTRICT COURT<br>Central District of California | |
|---|---|---|---|
| PLAINTIFF<br>MONSTER ENERGY COMPANY, a Delaware corporation | | DEFENDANT<br>BEAST COOKIE COMPANY, LLC | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 2,769,364 | 9/30/2003 | MONSTER ENERGY COMPANY |
| 2 | 4,292,502 | 2/19/2013 | MONSTER ENERGY COMPANY |
| 3 | 4,336,329 | 5/14/2013 | MONSTER ENERGY COMPANY |
| 4 | 4,371,544 | 7/23/2013 | MONSTER ENERGY COMPANY |
| 5 | 4,394,044 | 8/27/2013 | MONSTER ENERGY COMPANY |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION
REGARDING A PATENT OR TRADEMARK
(Continued)**

|     | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|-----|-------------------------|-----------------------------|-------------------------------|
| 6.  | 4,482,659               | 2/11/2014                   | MONSTER ENERGY COMPANY        |
| 7.  | 4,482,660               | 2/11/2014                   | MONSTER ENERGY COMPANY        |
| 8.  | 4,542,107               | 6/3/2014                    | MONSTER ENERGY COMPANY        |
| 9.  | 4,546,402               | 06/10/2014                  | MONSTER ENERGY COMPANY        |
| 10. | 5,402,465               | 2/13/2018                   | MONSTER ENERGY COMPANY        |
| 11. | 5,622,925               | 12/04/2018                  | MONSTER ENERGY COMPANY        |
| 12. | 5,628,025               | 12/11/2018                  | MONSTER ENERGY COMPANY        |
| 13. | 5,633,094               | 12/18/2018                  | MONSTER ENERGY COMPANY        |
| 14. | 5,783,086               | 06/18/2019                  | MONSTER ENERGY COMPANY        |
| 15. | 5,820,901               | 7/30/2019                   | MONSTER ENERGY COMPANY        |
| 16. | 4,975,822               | 6/14/2016                   | MONSTER ENERGY COMPANY        |
| 17. | 5,783,086               | 6/18/2019                   | MONSTER ENERGY COMPANY        |
| 18. | 5,927,420               | 12/3/2019                   | MONSTER ENERGY COMPANY        |
| 19. | 5,552,820               | 9/4/2018                    | MONSTER ENERGY COMPANY        |

57140659