Marina Lang, Cal Bar No. 251,087
mlang@socalip.com
Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Beast Cookie Company, LLC,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Monster Energy Company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Beast Cookie Company, LLC,<br><br>　　　　Defendant. | No. 5:23-cv-00568-MWF-MRW<br><br>Declaration of Michael Harris in Support of Motion by Defendant Beast Cookie Company, LLC to Dismiss Complaint<br><br>Date: Monday, June 12, 2023<br>Time: 10:00 a.m.<br>Judge Fitzgerald |

I, Michael Harris, declare:

1. I know of the facts stated in this declaration personally, and if called upon to testify to those facts I could and would competently do so.

2. I am an attorney of record for Plaintiff Athena Cosmetics, Inc. I am a partner with SoCal IP Law Group LLP. I am a member of the State Bar of California and the bar of this Court.

3. When this declaration refers to an exhibit, a true and correct copy is attached to this declaration.

4. I copied and printed all exhibits from webpages from the United States Patent and Trademark Office websites during the week of May 8, 2023.

5. Exhibit 1 is a copy of a webpage from the USPTO Trademark Electronic Search System (TESS) website,

https://tmsearch.uspto.gov/bin/gate.exe?f=tess&state=4803:67aizt.1.1, for the Beast Cookie Co. logo, Registration No. 5,916,482.

6. Exhibit 2 is a copy of a webpage from the TESS website for Beast Cookie Co. mark UNTAMED ENERGY, Registration No. 6,137,010

7. Exhibit 3 is a copy of a webpage from the USPTO Trademark Trial and Appeal Board Inquiry System (TTABVUE) for the notice of opposition in Monster Energy Company v. Beast Cookie Company, LLC, No. 91249036

8. Exhibit 4 is the "Express Abandonment Of Application" from TTABVUE in Opposition No. 91249036.

I declare under penalty of perjury of the United States that the facts stated in this declaration are true and correct.

May 10, 2023                                /s/ *Michael Harris*
                                            Michael Harris