# Exhibit 1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue May 9 03:47:22 EDT 2023*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]   **( Use the "Back" button of the Internet Browser to return to TESS)**



| | |
|---|---|
| **Word Mark** | BEAST COOKIE CO. |
| **Goods and Services** | IC 030. US 046. G & S: Cookies. FIRST USE: 20190417. FIRST USE IN COMMERCE: 20190417 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.09.07 - Advertising, banners ; Banners<br>26.17.09 - Bands, curved ; Bars, curved ; Curved line(s), band(s) or bar(s) ; Lines, curved |
| **Serial Number** | 88194686 |
| **Filing Date** | November 15, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 16, 2019 |
| **Registration Number** | 5916482 |
| **Registration Date** | November 19, 2019 |
| **Owner** | (REGISTRANT) Beast Cookie Company, LLC LIMITED LIABILITY COMPANY CALIFORNIA 9745 Lurline Ave. Chatsworth CALIFORNIA 91311 |
| **Attorney of Record** | Marina L. Lang |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COOKIE CO." APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "BEast" that is designed to look like a furry beast. The "t" in "BEast" has a flowing tail that appears to be a banner under the word "BEast". The end of the tail appears to have the same furry effect as well as having the words "COOKIE CO." imprinted on it. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY