# Exhibit 2


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue May 9 03:47:22 EDT 2023

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# Untamed Energy

| | |
|---|---|
| **Word Mark** | UNTAMED ENERGY |
| **Goods and Services** | IC 030. US 046. G & S: Cookies. FIRST USE: 20190417. FIRST USE IN COMMERCE: 20190417 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88194666 |
| **Filing Date** | November 14, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 21, 2020 |
| **Registration Number** | 6137010 |
| **Registration Date** | August 25, 2020 |
| **Owner** | (REGISTRANT) Beast Cookie Company, LLC LIMITED LIABILITY COMPANY CALIFORNIA 9745 Lurline Ave. Chatsworth CALIFORNIA 91311 |
| **Attorney of Record** | Marina L. Lang |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENERGY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Top] [Help]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY