# Exhibit 3

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA982627** |
|---|---|
| Filing date: | **06/21/2019** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Monster Energy Company |
|---|---|
| Granted to Date of previous extension | 06/22/2019 |
| Address | 1 MONSTER WAY<br>CORONA, CA 92879<br>UNITED STATES |
| Attorney information | Benjamin Ho<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 MAIN STREET, 14TH FLOOR<br>IRVINE, CA 92614<br>UNITED STATES<br>efiling@knobbe.com, MEC.TTAB@knobbe.com<br>(949) 760-0404 |

## Applicant Information

| Application No | 88242135 | Publication date | 04/23/2019 |
|---|---|---|---|
| Opposition Filing Date | 06/21/2019 | Opposition Period Ends | 06/22/2019 |
| Applicant | Beast Cookie Company, LLC<br>9745 Lurline Ave.<br>Chatsworth, CA 91311<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| Class 030. First Use: 0 First Use In Commerce: 0<br>All goods and services in the class are opposed, namely: Cookies |
|---|

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act Section 2(d) |
|---|---|
| Other | Common law rights as asserted in the Notice of Opposition |

## Marks Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 4542107 | Application Date | 05/15/2013 |
|---|---|---|---|
| Registration Date | 06/03/2014 | Foreign Priority Date | NONE |

| Word Mark | PUMP UP THE BEAST! |
|---|---|
| Design Mark | PUMP UP THE BEAST! |
| Description of Mark | NONE |
| Goods/Services | Class 030. First use: First Use: 2013/03/18 First Use In Commerce: 2013/03/18 Ready to drink coffee-based beverages; coffee-based shakes for boosting energy;chocolate-based shakes for boosting energy; ready to drink chocolate-based beverages |

| U.S. Registration No. | 4336329 | Application Date | 11/03/2010 |
|---|---|---|---|
| Registration Date | 05/14/2013 | Foreign Priority Date | NONE |
| Word Mark | REHAB THE BEAST! | | |
| Design Mark | REHAB THE BEAST! | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 030. First use: First Use: 2011/03/02 First Use In Commerce: 2011/03/02 Ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages Class 032. First use: First Use: 2011/03/02 First Use In Commerce: 2011/03/02 Non-alcoholic beverages, namely, energydrinks, sports drinks and fruit juice drinks; all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs | | |

| U.S. Registration No. | 4292502 | Application Date | 02/15/2012 |
|---|---|---|---|
| Registration Date | 02/19/2013 | Foreign Priority Date | NONE |
| Word Mark | REHAB THE BEAST! WWW.MONSTERENERGY.COM | | |

| Design Mark | |
|---|---|
| | REHAB THE BEAST!<br>WWW.MONSTERENERGY.COM |
| Description of Mark | NONE |
| Goods/Services | Class 030. First use: First Use: 2011/03/02 First Use In Commerce: 2011/03/02<br>Ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages<br>Class 032. First use: First Use: 2011/03/02 First Use In Commerce: 2011/03/02<br>Non-alcoholic beverages, namely, energydrinks, sports drinks and fruit juice drinks, all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs |

| U.S. Registration No. | 4482660 | Application Date | 05/15/2013 |
|---|---|---|---|
| Registration Date | 02/11/2014 | Foreign Priority Date | NONE |
| Word Mark | PUMP UP THE BEAST! | | |
| Design Mark | | | |
| | PUMP UP THE BEAST! | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 029. First use: First Use: 2013/03/18 First Use In Commerce: 2013/03/18<br>Dairy-based beverages; dairy-based energy shakes | | |

| U.S. Registration No. | 2769364 | Application Date | 12/18/2002 |
|---|---|---|---|
| Registration Date | 09/30/2003 | Foreign Priority Date | NONE |
| Word Mark | UNLEASH THE BEAST! | | |
| Design Mark | | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 032. First use: First Use: 2002/04/16 First Use In Commerce: 2002/04/16<br>Fruit juice drinks, soft drinks, carbonated soft drinks and soft drinks enhanced | | |

|  | with vitamins, minerals, nutrients, amino acids and/or herbs,[ aerated water, soda water and seltzer water ] |  |  |
|---|---|---|---|
| U.S. Registration No. | 4546402 | Application Date | 05/15/2013 |
| Registration Date | 06/10/2014 | Foreign Priority Date | NONE |
| Word Mark | PUMP UP THE BEAST! |  |  |
| Design Mark | PUMP UP THE BEAST! |  |  |
| Description of Mark | NONE |  |  |
| Goods/Services | Class 032. First use: First Use: 2013/03/18 First Use In Commerce: 2013/03/18 Non-alcoholic beverages, namely, non-alcoholic and non-carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; non-carbonated energy or sports drinks |  |  |

| U.S. Registration No. | 4482659 | Application Date | 05/15/2013 |
|---|---|---|---|
| Registration Date | 02/11/2014 | Foreign Priority Date | NONE |
| Word Mark | PUMP UP THE BEAST! |  |  |
| Design Mark | PUMP UP THE BEAST! |  |  |
| Description of Mark | NONE |  |  |
| Goods/Services | Class 005. First use: First Use: 2013/03/18 First Use In Commerce: 2013/03/18 Nutritional supplements in liquid form;vitamin fortified beverages |  |  |

| U.S. Registration No. | 4394044 | Application Date | 12/14/2010 |
|---|---|---|---|
| Registration Date | 08/27/2013 | Foreign Priority Date | NONE |
| Word Mark | UNLEASH THE NITRO BEAST! |  |  |

| Design Mark | |
|---|---|
| | UNLEASH THE NITRO BEAST! |
| Description of Mark | NONE |
| Goods/Services | Class 032. First use: First Use: 2009/07/08 First Use In Commerce: 2009/07/08<br>Non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients,proteins, amino acids and/or herbs; carbonated energy or sports drinks |

| U.S. Registration No. | 4371544 | Application Date | 11/19/2012 |
|---|---|---|---|
| Registration Date | 07/23/2013 | Foreign Priority Date | NONE |
| Word Mark | UNLEASH THE ULTRA BEAST! | | |
| Design Mark | | | |
| | UNLEASH THE ULTRA BEAST! | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 032. First use: First Use: 2012/08/30 First Use In Commerce: 2012/08/30<br>Non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients,proteins, amino acids and/or herbs; carbonated energy drinks and sports drinks | | |

| U.S. Registration No. | 5402465 | Application Date | 06/16/2016 |
|---|---|---|---|
| Registration Date | 02/13/2018 | Foreign Priority Date | NONE |
| Word Mark | HYDRATE THE BEAST! | | |

| Design Mark | |
|---|---|
| | HYDRATE THE BEAST! |
| Description of Mark | NONE |
| Goods/Services | Class 032. First use: First Use: 2017/03/01 First Use In Commerce: 2017/03/01<br><br>Non-alcoholic beverages, namely, energydrinks, soft drinks, sports drinks, and-flavored waters; drinking water, namely, water enhanced with vitamins, nutri-ents, proteins, and/or amino acids |

| U.S. Registration No. | 4975822 | Application Date | 03/07/2014 |
|---|---|---|---|
| Registration Date | 06/14/2016 | Foreign Priority Date | NONE |
| Word Mark | UNLEASH THE BEAST! | | |
| Design Mark | | | |
| | UNLEASH THE BEAST! | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 025. First use: First Use: 2002/00/00 First Use In Commerce: 2002/00/00<br><br>Clothing, namely, tops, shirts, [ long-sleeved shirts, ] t-shirts, [ hooded shirts and ] hooded sweatshirts, sweat shirts [, jackets, pants, bandanas, socks, sweat bands and gloves; headgear, namely,hats and beanies ] | | |

| Attachments | 85933268#TMSN.png( bytes )<br>85976727#TMSN.png( bytes )<br>85978208#TMSN.png( bytes )<br>85933264#TMSN.png( bytes )<br>85933272#TMSN.png( bytes )<br>85933255#TMSN.png( bytes )<br>85977331#TMSN.png( bytes )<br>85783008#TMSN.png( bytes )<br>87074466#TMSN.png( bytes )<br>86214353#TMSN.png( bytes )<br>2019-06-21 NOTICE OF OPPOSITION - SER NO 88242135 - HAN-BEV.9941M.pdf(393514 bytes ) |
|---|---|

|  | EX 1 REG NO. 4542107 - HANBEV.9941M.pdf(877277 bytes )<br>EX 2 REG NO. 4336329 - HANBEV.9941M.pdf(885107 bytes )<br>EX 3 REG NO. 4292502 - HANBEV.9941M.pdf(889403 bytes )<br>EX 4 REG NO. 4482660 - HANBEV.9941M.pdf(874030 bytes )<br>EX 5 REG NO. 2769364 - HANBEV.9941M.pdf(868806 bytes )<br>EX 6 REG NO. 4546402 - HANBEV.9941M.pdf(878244 bytes )<br>EX 7 REG NO. 4482659 - HANBEV.9941M.pdf(876297 bytes )<br>EX 8 REG NO. 4394044 - HANBEV.9941M.pdf(879460 bytes )<br>EX 9 REG NO. 4371544 - HANBEV.9941M.pdf(878690 bytes )<br>EX 10 REG NO. 5402465 - HANBEV.9941M.pdf(891006 bytes )<br>EX 11 REG NO. 4975822 - HANBEV.9941M.pdf(879335 bytes ) |
|--|--|

| Signature | /Benjamin Ho/ |
|-----------|---------------|
| Name | Benjamin Ho |
| Date | 06/21/2019 |

HANBEV.9941M                                                    TRADEMARK

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | | |
|---|---|---|
| MONSTER ENERGY COMPANY | ) ) | Opposition No.: _____ |
| Opposer, | ) ) | |
| v. | ) ) | Serial No.: 88/242135 |
| | ) | Mark: BEAST ENERGY COOKIE |
| BEAST COOKIE COMPANY, LLC | ) ) | |
| Applicant. | ) ) | |
| | ) | |

## <u>NOTICE OF OPPOSITION</u>

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451

     Monster Energy Company, a Delaware corporation, located and doing business at 1 Monster Way, Corona, California 92879, ("Opposer") believes that it will be damaged by registration of U.S. Trademark Application Serial No. 88/242135 (the "Application") for the mark BEAST ENERGY COOKIE ("Applicant's Mark") filed by Beast Cookie Company, LLC ("Applicant"), and therefore opposes the same.

    As grounds for opposition, it is alleged:

    1.    By the Application filed on December 26, 2018, Applicant seeks to obtain registration on the Principal Register of the mark BEAST ENERGY COOKIE for "cookies" in International Class 30 based on Applicant's alleged intent-to-use Applicant's Mark in interstate commerce.

- 1 -

2.      Since at least 2002, long before the filing date of the Application, Opposer has been, and still is, engaged in the development, marketing and/or sale of beverages, clothing, and other goods bearing Opposer's UNLEASH THE BEAST!® mark and related marks.  In addition to Opposer's continued use of the UNLEASH THE BEAST!® mark, prior to the filing date of the Application, Opposer has used and continues to use other BEAST-inclusive marks, including, for example, PUMP UP THE BEAST!®, REHAB THE BEAST!®, REHAB THE BEAST! WWW.MONSTERENERGY.COM®, UNLEASH THE NITRO BEAST!®, UNLEASH THE ULTRA BEAST!®, and HYDRATE THE BEAST!® (collectively, the "BEAST-inclusive Marks") in connection with its beverages and other products.

3.      Opposer has also used and continues to use its BEAST-inclusive Marks in connection with its MONSTER ENERGY® mark and related marks.  Some examples of Opposer's use of its BEAST-inclusive Marks in connection with its MONSTER ENERGY® mark and related marks are shown below:










4.     Since at least 2002, Opposer has continuously used its UNLEASH THE BEAST!® mark on cans of its best-selling original Monster Energy® drink.  Opposer has also continuously used its UNLEASH THE BEAST!® mark on cans of its Lo-Carb Monster Energy®

drinks since at least 2003. Since 2009, Opposer has continuously used its UNLEASH THE NITRO BEAST!® mark on cans of its Monster Energy Extra Strength Nitrous Technology® line of drinks (which was recently rebranded as the Monster Maxx® line of drinks). Since at least 2011, Opposer has continuously used its REHAB THE BEAST!® and REHAB THE BEAST! WWW.MONSTERENERGY.COM® marks on cans of its line of Monster Rehab® drinks. Since at least 2013, Opposer has continuously used its UNLEASH THE ULTRA BEAST!® mark on cans of its line of Monster Energy Ultra® drinks. Since at least 2013, Opposer has continuously used its PUMP UP THE BEAST!® mark on containers of its line of Muscle Monster® drinks. Since at least 2017, Opposer has continuously used its HYDRATE THE BEAST!® mark on containers of its line of Monster Hydro® drinks.

5.      Since at least before the filing date of the Application, Opposer's BEAST-inclusive Marks have been and continue to be the subject of substantial and continuous marketing and promotion by Opposer in connection with its beverages, nutritional supplements, and other products. Opposer has and continues to widely market and promote its BEAST-inclusive Marks to consumers by, for example, displaying one or more of the BEAST-inclusive Marks on merchandise and product samplings; extensively on billions of cans of beverages and nutritional supplements; on promotional and point of sale materials; in magazines and other industry publications; on the monsterenergy.com website, monsterarmy.com website, and other Internet websites, and social media sites; at trade shows, concert tours, and live events; and through the sponsorship of athletes, teams, and athletic events.

6.      By virtue of Opposer's continuous and substantial use, Opposer's BEAST-inclusive Marks have developed into well-known identifiers of Opposer and its goods and services. As a result, Opposer has built up, at great expense and effort, valuable goodwill in its BEAST-inclusive

Marks and has developed strong common law rights in the marks.  Opposer relies on its common law rights in its BEAST-inclusive Marks, which rights predate the filing date of the Application.

7.      In addition to its common law rights, Opposer owns and relies on U.S. Trademark Registration No. 4,542,107 (the "'107 Registration") for the mark PUMP UP THE BEAST!® for "ready to drink coffee-based beverages; coffee-based shakes for boosting energy; chocolate-based shakes for boosting energy; ready to drink chocolate-based beverages" in International Class 30, which registration issued June 3, 2014 and is based on an application filed in the PTO on May 15, 2013.  The filing date of Opposer's '107 Registration is prior to the filing date of the Application.  True and correct copies of the specifics of Opposer's '107 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 1 and made of record.

8.      Opposer owns and relies on U.S. Trademark Registration No. 4,336,329 (the "'329 Registration") for the mark REHAB THE BEAST!® for "ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages" in International Class 30 and "non-alcoholic beverages, namely, energy drinks, sports drinks and fruit juice drinks; all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs" in International Class 32, which registration issued May 14, 2013 and is based on an application filed in the PTO on November 3, 2010.  The filing date of Opposer's '329 Registration is prior to the filing date of the Application.  True and correct copies of the specifics of Opposer's '329 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 2 and made of record.

9.      Opposer owns and relies on U.S. Trademark Registration No. 4,292,502 (the "'502 Registration") for the mark REHAB THE BEAST! WWW.MONSTERENERGY.COM® for "ready to drink tea, iced tea and tea based beverages;

ready to drink flavored tea, iced tea and tea based beverages" in International Class 30 and "non-alcoholic beverages, namely, energy drinks, sports drinks and fruit juice drinks, all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs" in International Class 32, which registration issued February 19, 2013 and is based on an application filed in the PTO on February 15, 2012.  The filing date of Opposer's '502 Registration is prior to the filing date of the Application.  True and correct copies of the specifics of Opposer's '502 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 3 and made of record.

10.     Opposer owns and relies on U.S. Trademark Registration No. 4,482,660 (the "'660 Registration") for the mark PUMP UP THE BEAST!® for "dairy-based beverages; dairy-based energy shakes" in International Class 29, which registration issued February 11, 2014 and is based on an application filed in the United States Patent and Trademark Office ("PTO") on May 15, 2013. The filing date of Opposer's '660 Registration is prior to the filing date of the Application.  True and correct copies of the specifics of Opposer's '660 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 4 and made of record.

11.     Opposer owns and relies on incontestable U.S. Trademark Registration No. 2,769,364 (the "'364 Registration") for the mark UNLEASH THE BEAST!® for "fruit juice drinks, soft drinks, carbonated soft drinks and soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs" in International Class 32, which registration issued September 30, 2003 and is based on an application filed in the PTO on December 18, 2002.  The filing date of Opposer's '364 Registration is prior to the filing date of the Application.  True and correct copies of the specifics of the '364 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 5 and made of record.

12.     Opposer owns and relies on U.S. Trademark Registration No. 4,546,402 (the "'402 Registration") for the mark PUMP UP THE BEAST!® for "non-alcoholic beverages, namely, non-alcoholic and non-carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; non-carbonated energy or sports drinks" in International Class 32, which registration issued June 10, 2014 and is based on an application filed in the PTO on May 15, 2013. The filing date of Opposer's '402 Registration is prior to the filing date of the Application.  True and correct copies of the specifics of Opposer's '402 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 6 and made of record.

13.     Opposer owns and relies on U.S. Trademark Registration No. 4,482,659 (the "'659 Registration") for the mark PUMP UP THE BEAST!® for "nutritional supplements in liquid form; vitamin fortified beverages" in International Class 5, which registration issued February 11, 2014 and is based on an application filed in the PTO on May 15, 2013.  The filing date of Opposer's '659 Registration is prior to the filing date of the Application.  True and correct copies of the specifics of Opposer's '659 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 7 and made of record.

14.     Opposer owns and relies on U.S. Trademark Registration No. 4,394,044 (the "'044 Registration") for the mark UNLEASH THE NITRO BEAST!® for "non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; carbonated energy or sports drinks" in International Class 32, which registration issued August 27, 2013 and is based on an application filed in the PTO on December 14, 2010.  The filing date of Opposer's '044 Registration is prior to the filing date of the Application.  True and correct copies of the specifics of the '044 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 8 and made of record.

- 8 -

15.     Opposer owns and relies on U.S. Trademark Registration No. 4,371,544 (the "'544 Registration") for the mark UNLEASH THE ULTRA BEAST!® for "non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; carbonated energy drinks and sports drinks" in International Class 32, which registration issued July 23, 2013 and is based on an application filed in the PTO on November 19, 2012.  The filing date of Opposer's '544 Registration is prior to the filing date of the Application.   True and correct copies of the specifics of Opposer's '544 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 9 and made of record.

16.     Opposer owns and relies on U.S. Trademark Registration No. 5,402,465 (the "'465 Registration") for the mark HYDRATE THE BEAST!® for "non-alcoholic beverages, namely, energy drinks, soft drinks, sports drinks, and flavored waters; drinking water, namely, water enhanced with vitamins, nutrients, proteins, and/or amino acids" in International Class 32, which registration issued February 13, 2018 and is based on an application filed in the PTO on June 16, 2016.  The filing date of Opposer's '465 Registration is prior to the filing date of the Application.  True and correct copies of the specifics of Opposer's '465 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 10 and made of record.

17.     Opposer owns and relies on U.S. Trademark Registration No. 4,975,822 (the "'822 Registration") for the mark UNLEASH THE BEAST!® for "clothing, namely, tops, shirts, t-shirts, hooded sweatshirts, sweat shirts" in International Class 25, which registration issued June 14, 2016 and is based on an application filed in the PTO on March 7, 2014.  The filing date of Opposer's '822 Registration is prior to the filing date of the Application.  True and correct copies of the specifics of the '822 Registration obtained from the PTO's TESS and Assignment databases are attached hereto as Exhibit 11 and made of record.

18.     Opposer's Registration Nos. 2,769,364, 4,975,822, 4,482,659, 4,482,660, 4,542,107, 4,546,402, 4,336,329, 4,292,502, 4,394,044, 4,371,544, and 5,402,465 are valid, subsisting, unrevoked and uncancelled; as such they constitute *prima facie* evidence of (i) the validity of the registered marks and of the registrations thereof, (ii) Opposer's ownership of the marks shown therein, and (iii) Opposer's exclusive right to use the registered marks on the goods set forth in the registrations.  Opposer's registrations also constitute notice to Applicant of Opposer's claim of ownership of the marks shown therein as provided in Sections 7(b), 22, and 33(a) of the Trademark Act.

19.     Opposer's '364 Registration is incontestable.  As such, it constitutes conclusive evidence of the validity of the registered mark and of the registration of the mark, of Opposer's ownership of its mark, and of Opposer's exclusive right to use the registered mark in commerce as provided in Section 33 of the Lanham Act, 15 U.S.C. § 1115.

20.     Since at least before the filing date of the Application, Opposer has continuously used and promoted its BEAST-inclusive Marks, including the marks shown in the Registrations identified above, in interstate commerce in connection with its goods, including the goods identified in such Registrations.  In addition, at least Opposer's UNLEASH THE BEAST!® mark was well established and famous long before Applicant filed its Application for registration of Applicant's Mark.

21.     Applicant seeks an unrestricted federal registration for BEAST ENERGY COOKIE covering "Cookies" in Class 30.  As such, if a registration issues for the Application, such registration will constitute *prima facie* evidence of the Applicant's exclusive right to use the registered mark in commerce on or in connection with the listed goods throughout the United States with no limitation thereon.

22.     Opposer will be damaged by registration of the Application in that Applicant's Mark so resembles Opposer's BEAST-inclusive Marks, including as registered and applied for in the PTO and in which Opposer owns common law trademark rights, as to be likely, when used on or in connection with the goods as they are identified in the Application, to cause confusion, or to cause mistake or to deceive within the meaning of Section 2(d) of the Trademark Act, 15 U.S.C. § 1052(d).

23.     In view of Opposer's prior rights in its BEAST-inclusive Marks, Applicant is not entitled to federal registration of the mark BEAST ENERGY COOKIE pursuant to Section 2(d) of the Trademark Act, 15 U.S.C. § 1052(d).

WHEREFORE, Opposer prays that U.S. Trademark Application Serial No. 88/242135 be rejected and stricken, that no registration be issued thereon to Applicant, and that this opposition be sustained in favor of Opposer.

Please charge Deposit Account No. 11-1410 to cover the opposition fee and any additional fees which may be required, or credit any overpayment to this account.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  June 21, 2019                         By:   / Benjamin Ho /
                                                    Steven J. Nataupsky
                                                    Matthew S. Bellinger
                                                    Nicole R. Townes
                                                    Daniel C. Kiang
                                                    Benjamin Ho
                                                    2040 Main Street, Fourteenth Floor
                                                    Irvine, CA  92614
                                                    (949) 760-0404
                                                    efiling@knobbe.com
                                                    Attorneys for Opposer,
                                                    MONSTER ENERGY COMPANY

- 11 -

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 1

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# PUMP UP THE BEAST!

| | |
|---|---|
| **Word Mark** | PUMP UP THE BEAST! |
| **Goods and Services** | IC 030. US 046. G & S: Ready to drink coffee-based beverages; coffee-based shakes for boosting energy; chocolate-based shakes for boosting energy; ready to drink chocolate-based beverages. FIRST USE: 20130318. FIRST USE IN COMMERCE: 20130318 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85933268 |
| **Filing Date** | May 15, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 18, 2014 |
| **Registration Number** | 4542107 |
| **Registration Date** | June 3, 2014 |
| **Owner** | (REGISTRANT) Monster Energy Company CORPORATION DELAWARE 1 Monster Way Corona CALIFORNIA 92879 |
| **Attorney of Record** | Diane M. Reed |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | |

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.

Monster Energy Company v. Beast Cookie Company, Inc.

Trademark Electronic Search System (TESS)

**Indicator**      LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

Notice of Opposition
Serial No.: 88/242135

USPTO Assignments on the Web



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# No assignment has been recorded at the USPTO

### For Serial Number: 85933268

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT



# United States of America

### United States Patent and Trademark Office

# PUMP UP THE BEAST!

**Reg. No. 4,542,107**

**Registered June 3, 2014**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
1 MONSTER WAY
CORONA, CA 92879

FOR: READY TO DRINK COFFEE-BASED BEVERAGES; COFFEE-BASED SHAKES FOR BOOSTING ENERGY; CHOCOLATE-BASED SHAKES FOR BOOSTING ENERGY; READY TO DRINK CHOCOLATE-BASED BEVERAGES , IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-18-2013; IN COMMERCE 3-18-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-933,268, FILED 5-15-2013.

JAY FLOWERS, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

Exhibit 1 Page 4 of 4

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 2

Monster Energy Company v. Beast Cookie Company, LLC

Trademark Electronic Search System (TESS)



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# REHAB THE BEAST!

| | |
|---|---|
| **Word Mark** | REHAB THE BEAST! |
| **Goods and Services** | IC 030. US 046. G & S: Ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages. FIRST USE: 20110302. FIRST USE IN COMMERCE: 20110302 |
| | IC 032. US 045 046 048. G & S: Non-alcoholic beverages, namely, energy drinks, sports drinks and fruit juice drinks; all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs. FIRST USE: 20110302. FIRST USE IN COMMERCE: 20110302 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85976727 |
| **Filing Date** | November 3, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 14, 2011 |
| **Registration Number** | **4336329** |
| **International Registration Number** | 1079467 |
| **Registration Date** | May 14, 2013 |
| **Owner** | (REGISTRANT) MONSTER ENERGY COMPANY CORPORATION DELAWARE 1 Monster Way Corona CALIFORNIA 92879 |
| **Assignment** | ASSIGNMENT RECORDED |

Notice of Opposition
Serial No.: 88/242135

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Recorded** | |
| **Attorney of Record** | Diane M. Reed |
| **Prior Registrations** | 2769364 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.

Monster Energy Company v. Beast Cookie Company, LLC

USPTO Assignments on the Web



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

## No assignment has been recorded at the USPTO

### For Serial Number: 85976727

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

Case 5:23-cv-00568-MWF-MRW    Document 12-5    Filed 05/10/23    Page 29 of 74    Page ID
#:147
Monster Energy Company v. Beast Cookie Company, et al.



# United States of America

## United States Patent and Trademark Office

# REHAB THE BEAST!

**Reg. No. 4,336,329**

**Registered May 14, 2013**

**Int. Cls.: 30 and 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE, SUITE 201
CORONA, CA 92880

FOR: READY TO DRINK TEA, ICED TEA AND TEA BASED BEVERAGES; READY TO DRINK FLAVORED TEA, ICED TEA AND TEA BASED BEVERAGES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-2-2011; IN COMMERCE 3-2-2011.

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, ENERGY DRINKS, SPORTS DRINKS AND FRUIT JUICE DRINKS; ALL THE FOREGOING ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, PROTEINS, AMINO ACIDS AND/OR HERBS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-2-2011; IN COMMERCE 3-2-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,769,364.

SN 85-976,727, FILED 11-3-2010.

TAMARA FRAZIER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Exhibit 2 Page 4 of 4

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 3

Monster Energy Company v. Beast Cookie Company, LLC

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | **( Use the "Back" button of the Internet Browser to return to TESS)**

REHAB THE BEAST!
WWW.MONSTERENERGY.COM

| | |
|---|---|
| **Word Mark** | REHAB THE BEAST! WWW.MONSTERENERGY.COM |
| **Goods and Services** | IC 030. US 046. G & S: Ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages. FIRST USE: 20110302. FIRST USE IN COMMERCE: 20110302 |
| | IC 032. US 045 046 048. G & S: Non-alcoholic beverages, namely, energy drinks, sports drinks and fruit juice drinks, all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs. FIRST USE: 20110302. FIRST USE IN COMMERCE: 20110302 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85978208 |
| **Filing Date** | February 15, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 1, 2012 |
| **Registration Number** | 4292502 |
| **Registration Date** | February 19, 2013 |
| **Owner** | (REGISTRANT) Monster Energy Company CORPORATION DELAWARE 1 Monster Way Corona CALIFORNIA 92879 |
| **Attorney of Record** | Diane M. Reed |

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4806:uuwnjp.4.1[6/21/2019 9:07:53 AM]

Exhibit 3 Page 1 of 4

Notice of Opposition
Serial No.: 88/242135

Monster Energy Company v. Beast Cookie Company, et al.

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Prior Registrations** | 3353473 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.

Monster Energy Company v. Beast Cookie Company, LLC

USPTO Assignments on the Web



## United States Patent and Trademark Office

**Home** | **Site Index** | **Search** | **Guides** | **Contacts** | *eBusiness* | **eBiz alerts** | **News** | **Help**



**Assignments on the Web** > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 85978208

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

Notice of Opposition
Serial No.: 88/242135

Case 5:23-cv-00568-MWF-MRW   Document 12-5   Filed 05/10/23   Page 34 of 74   Page ID #152
TTAB Opposition No.
Monster Energy Company v. Beast Cookie Company, et al.

# United States of America

## United States Patent and Trademark Office

# REHAB THE BEAST!
# WWW.MONSTERENERGY.COM

**Reg. No. 4,292,502**

**Registered Feb. 19, 2013**

**Int. Cls.: 30 and 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
SUITE 201
550 MONICA CIRCLE
CORONA, CA 92880

FOR: READY TO DRINK TEA, ICED TEA AND TEA BASED BEVERAGES; READY TO DRINK FLAVORED TEA, ICED TEA AND TEA BASED BEVERAGES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-2-2011; IN COMMERCE 3-2-2011.

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, ENERGY DRINKS, SPORTS DRINKS AND FRUIT JUICE DRINKS, ALL THE FOREGOING ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, PROTEINS, AMINO ACIDS AND/OR HERBS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-2-2011; IN COMMERCE 3-2-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,353,473.

SER. NO. 85-978,208, FILED 2-15-2012.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

Exhibit 3 Page 4 of 4

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 4

Case 5:23-cv-00568-MWF-MRW   Document 12-5   Filed 05/10/23   Page 36 of 74   Page ID
#:154
Monster Energy Company v. Beast Cookie Company, et al.

Trademark Electronic Search System (TESS)



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# PUMP UP THE BEAST!

| | |
|---|---|
| **Word Mark** | PUMP UP THE BEAST! |
| **Goods and Services** | IC 029. US 046. G & S: Dairy-based beverages; dairy-based energy shakes. FIRST USE: 20130318. FIRST USE IN COMMERCE: 20130318 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85933264 |
| **Filing Date** | May 15, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 27, 2013 |
| **Registration Number** | 4482660 |
| **Registration Date** | February 11, 2014 |
| **Owner** | (REGISTRANT) Monster Energy Company CORPORATION DELAWARE 550 Monica Circle, Suite 201 Corona CALIFORNIA 92880 |
| **Attorney of Record** | Diane M. Reed |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

Monster Energy Company v. Beast Cookie Company, et al.

Trademark Electronic Search System (TESS)

Notice of Opposition
Serial No.: 88/242135

USPTO Assignments on the Web



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 85933264

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

Case 5:23-cv-00568-MWF-MRW   Document 12-5   Filed 05/10/23   Page 39 of 74   Page ID
#:157
STOB Opposition No.
Monster Energy Company v. Beast Cookie Company, et al.



# United States of America

## United States Patent and Trademark Office

# PUMP UP THE BEAST!

**Reg. No. 4,482,660**

**Registered Feb. 11, 2014**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE, SUITE 201
CORONA, CA 92880

**Int. Cl.: 29**

FOR: DAIRY-BASED BEVERAGES; DAIRY-BASED ENERGY SHAKES, IN CLASS 29 (U.S. CL. 46).

**TRADEMARK**

FIRST USE 3-18-2013; IN COMMERCE 3-18-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-933,264, FILED 5-15-2013.

JAY FLOWERS, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

Exhibit 4 Page 4 of 4

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 5

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | UNLEASH THE BEAST! |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Fruit juice drinks, soft drinks, carbonated soft drinks and soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs,[ aerated water, soda water and seltzer water ]. FIRST USE: 20020416. FIRST USE IN COMMERCE: 20020416 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78195777 |
| **Filing Date** | December 18, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 8, 2003 |
| **Registration Number** | 2769364 |
| **International Registration Number** | 0885429 |
| **Registration Date** | September 30, 2003 |
| **Owner** | (REGISTRANT) Hansen Beverage Company CORPORATION DELAWARE 550 Monica Circle Suite 201 Corona CALIFORNIA 92880 |
| | (LAST LISTED OWNER) MONSTER ENERGY COMPANY CORPORATION DELAWARE 1 Monster Way Corona CALIFORNIA 92879 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Diane M. Reed |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20121017. |
| **Renewal** | 1ST RENEWAL 20121017 |

Notice of Opposition
Serial No.: 88/242135

Monster Energy Company v. Beast Cookie Company, LLC

Trademark Electronic Search System (TESS)

| **Live/Dead Indicator** | LIVE |
|---|---|

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Notice of Opposition
Serial No.: 88/242135

Monster Energy Company v. Beast Cookie Company, et al.

USPTO Assignments on the Web



# United States Patent and Trademark Office

**Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78195777 | **Filing Dt:** 12/18/2002 | **Reg #:** 2769364 | **Reg. Dt:** 09/30/2003 |

**Registrant:** Hansen Beverage Company

**Mark:** UNLEASH THE BEAST!

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 4699/0063 | **Recorded:** 01/13/2012 | **Pages:** 10 |

**Conveyance:** CHANGE OF NAME

**Assignor:** HANSEN BEVERAGE COMPANY

**Exec Dt:** 01/05/2012
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** MONSTER ENERGY COMPANY

550 MONICA CIRCLE, SUITE 201

CORONA, CALIFORNIA 92880

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** DIANE M. REED

2040 MAIN STREET, 14TH FLOOR

IRVINE, CA 92614

Search Results as of: 06/21/2019 12:10 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME| INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT**

Notice of Opposition
Serial No.: 88/242135

Int. Cl.: **32**

Prior U.S. Cls.: **45, 46 and 48**

**Reg. No. 2,769,364**

## United States Patent and Trademark Office

Registered Sep. 30, 2003

### TRADEMARK
**PRINCIPAL REGISTER**

### UNLEASH THE BEAST!

HANSEN BEVERAGE COMPANY (DELAWARE CORPORATION)
1010 RAILROAD STREET
CORONA, CA 92882

FOR: FRUIT JUICE DRINKS, SOFT DRINKS, CARBONATED SOFT DRINKS AND SOFT DRINKS ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, AMINO ACIDS AND/OR HERBS, AERA-

TED WATER, SODA WATER AND SELTZER WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 4-16-2002; IN COMMERCE 4-16-2002.

SER. NO. 78-195,777, FILED 12-18-2002.

BRENDAN REGAN, EXAMINING ATTORNEY

Exhibit 5 Page 4 of 4

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 6

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# PUMP UP THE BEAST!

| | |
|---|---|
| **Word Mark** | PUMP UP THE BEAST! |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Non-alcoholic beverages, namely, non-alcoholic and non-carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; non-carbonated energy or sports drinks. FIRST USE: 20130318. FIRST USE IN COMMERCE: 20130318 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85933272 |
| **Filing Date** | May 15, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 25, 2014 |
| **Registration Number** | 4546402 |
| **Registration Date** | June 10, 2014 |
| **Owner** | (REGISTRANT) Monster Energy Company CORPORATION DELAWARE 1 Monster Way Corona CALIFORNIA 92879 |
| **Attorney of Record** | Diane M. Reed |
| **Type of Mark** | TRADEMARK |

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4806:uuwnjp.7.1[6/21/2019 9:11:53 AM]

Exhibit 6 Page 1 of 4

Notice of Opposition
Serial No.: 88/242135

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

| HOME | SITE INDEX| SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

Exhibit 6 Page 2 of 4

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.
Monster Energy Company v. Beast Cookie Company, LLC

USPTO Assignments on the Web



### United States Patent and Trademark Office



Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

# No assignment has been recorded at the USPTO

## For Serial Number: 85933272

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

Notice of Opposition
Serial No.: 88/242135



# United States of America

## United States Patent and Trademark Office

# PUMP UP THE BEAST!

**Reg. No. 4,546,402**  MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
1 MONSTER WAY
**Registered June 10, 2014**  CORONA, CA 92879

**Int. Cl.: 32**  FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, NON-ALCOHOLIC AND NON-CARBON-
ATED DRINKS ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, PROTEINS,
AMINO ACIDS AND/OR HERBS; NON-CARBONATED ENERGY OR SPORTS DRINKS, IN
**TRADEMARK**  CLASS 32 (U.S. CLS. 45, 46 AND 48).

**PRINCIPAL REGISTER**  FIRST USE 3-18-2013; IN COMMERCE 3-18-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-933,272, FILED 5-15-2013.

JAY FLOWERS, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

Exhibit 6 Page 4 of 4                    Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 7

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# PUMP UP THE BEAST!

| | |
|---|---|
| **Word Mark** | PUMP UP THE BEAST! |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplements in liquid form; vitamin fortified beverages. FIRST USE: 20130318. FIRST USE IN COMMERCE: 20130318 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85933255 |
| **Filing Date** | May 15, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 27, 2013 |
| **Registration Number** | **4482659** |
| **Registration Date** | February 11, 2014 |
| **Owner** | (REGISTRANT) Monster Energy Company CORPORATION DELAWARE 550 Monica Circle, Suite 201 Corona CALIFORNIA 92880 |
| **Attorney of Record** | Diane M. Reed |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

Notice of Opposition
Serial No.: 88/242135

Case 5:23-cv-00568-MWF-MRW   Document 12-5   Filed 05/10/23   Page 52 of 74   Page ID #:170

TTAB Opposition No.   Monster Energy Company v. Beast Cookie Company, Inc.

Trademark Electronic Search System (TESS)

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.

Monster Energy Company v. Beast Cookie Company, LLC

USPTO Assignments on the Web



## United States Patent and Trademark Office

**Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help**

**Assignments on the Web** > <u>Trademark Query</u>

# No assignment has been recorded at the USPTO

## For Serial Number: 85933255

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT



# United States of America

## United States Patent and Trademark Office

# PUMP UP THE BEAST!

**Reg. No. 4,482,659**
**Registered Feb. 11, 2014**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE, SUITE 201
CORONA, CA 92880

**Int. Cl.: 5**

FOR: NUTRITIONAL SUPPLEMENTS IN LIQUID FORM; VITAMIN FORTIFIED BEVERAGES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

**TRADEMARK**

FIRST USE 3-18-2013; IN COMMERCE 3-18-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-933,255, FILED 5-15-2013.

JAY FLOWERS, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

Exhibit 7 Page 4 of 4

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 8

TTAB Opposition No.
Monster Energy Company v. Beast Cookie Company, LLC

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*

# UNLEASH THE NITRO BEAST!

| | |
|---|---|
| **Word Mark** | UNLEASH THE NITRO BEAST! |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; carbonated energy or sports drinks. FIRST USE: 20090708. FIRST USE IN COMMERCE: 20090708 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85977331 |
| **Filing Date** | December 14, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 26, 2011 |
| **Registration Number** | 4394044 |
| **Registration Date** | August 27, 2013 |
| **Owner** | (REGISTRANT) MONSTER ENERGY COMPANY CORPORATION DELAWARE 1 Monster Way CORONA CALIFORNIA 92879 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Diane M. Reed |

Notice of Opposition
Serial No.: 88/242135

IPR2015-00768
Monster Energy Company v. Beast Cookie Company, LLC

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Prior Registrations** | 2769364 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

Notice of Opposition
Serial No.: 88/242135

USPTO Assignments on the Web



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > <u>Trademark Query</u>

# No assignment has been recorded at the USPTO

## For Serial Number: 85977331

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

Notice of Opposition
Serial No.: 88/242135

Case 5:23-cv-00568-MWF-MRW   Document 12-5   Filed 05/10/23   Page 59 of 74   Page ID
#:177
Monster Energy Company v. Beast Cookie Company, et al.



# United States of America

## United States Patent and Trademark Office

# UNLEASH THE NITRO BEAST!

**Reg. No. 4,394,044**

**Registered Aug. 27, 2013**

**Int. Cl.: 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE, SUITE 201
CORONA, CA 92880

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, CARBONATED SOFT DRINKS; CAR-
BONATED DRINKS ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, PROTEINS,
AMINO ACIDS AND/OR HERBS; CARBONATED ENERGY OR SPORTS DRINKS, IN CLASS
32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 7-8-2009; IN COMMERCE 7-8-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,769,364.

SN 85-977,331, FILED 12-14-2010.

TAMARA FRAZIER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Exhibit 8 Page 4 of 4

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 9

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout**   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# UNLEASH THE ULTRA BEAST!

| | |
|---|---|
| **Word Mark** | UNLEASH THE ULTRA BEAST! |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; carbonated energy drinks and sports drinks. FIRST USE: 20120830. FIRST USE IN COMMERCE: 20120830 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85783008 |
| **Filing Date** | November 19, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 7, 2013 |
| **Registration Number** | 4371544 |
| **Registration Date** | July 23, 2013 |
| **Owner** | (REGISTRANT) Monster Energy Company CORPORATION DELAWARE 1 Monster Way Corona CALIFORNIA 92879 |
| **Attorney of Record** | Diane M. Reed |
| **Type of Mark** | TRADEMARK |

Notice of Opposition
Serial No.: 88/242135

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

| **HOME** | **SITE INDEX** | **SEARCH** | ***e*BUSINESS** | **HELP** | **PRIVACY POLICY** |

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.
Monster Energy Company v. Beast Cookie Company, Inc.

USPTO Assignments on the Web



### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 85783008

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=85783008[6/21/2019 9:16:05 AM]

Exhibit 9 Page 3 of 4

Notice of Opposition
Serial No.: 88/242135

Case 5:23-cv-00568-MWF-MRW    Document 12-5    Filed 05/10/23    Page 64 of 74    Page ID
#:182
TTAB Opposition No.
Monster Energy Company v. Beast Cookie Company, et al.



# UNLEASH THE ULTRA BEAST!

**Reg. No. 4,371,544**

**Registered July 23, 2013**

**Int. Cl.: 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
550 MONICA CIRCLE SUITE 201
CORONA, CA 92880

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, CARBONATED SOFT DRINKS; CAR-
BONATED DRINKS ENHANCED WITH VITAMINS, MINERALS, NUTRIENTS, PROTEINS,
AMINO ACIDS AND/OR HERBS; CARBONATED ENERGY DRINKS AND SPORTS DRINKS,
IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 8-30-2012; IN COMMERCE 8-30-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-783,008, FILED 11-19-2012.

REGINA DRUMMOND, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Exhibit 9 Page 4 of 4

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 10

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# HYDRATE THE BEAST!

| | |
|---|---|
| **Word Mark** | HYDRATE THE BEAST! |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Non-alcoholic beverages, namely, energy drinks, soft drinks, sports drinks, and flavored waters; drinking water, namely, water enhanced with vitamins, nutrients, proteins, and/or amino acids. FIRST USE: 20170301. FIRST USE IN COMMERCE: 20170301 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87074466 |
| **Filing Date** | June 16, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 12, 2017 |
| **Registration Number** | 5402465 |
| **Registration Date** | February 13, 2018 |
| **Owner** | (REGISTRANT) Monster Energy Company CORPORATION DELAWARE 1 Monster Way Corona CALIFORNIA 92879 |
| **Attorney of Record** | Diane M. Reed |
| **Type of Mark** | TRADEMARK |

Notice of Opposition
Serial No.: 88/242135

Monster Energy Company v. Beast Cookie Company, et al.

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4806:uuwnjp.11.1[6/21/2019 9:17:11 AM]

Exhibit 10 Page 2 of 4

Notice of Opposition
Serial No.: 88/242135

USPTO Assignments on the Web



### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

## No assignment has been recorded at the USPTO

### For Serial Number: 87074466

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America

## United States Patent and Trademark Office

# HYDRATE THE BEAST!

**Reg. No. 5,402,465**

**Registered Feb. 13, 2018**

**Int. Cl.: 32**

**Trademark**

**Principal Register**

Monster Energy Company (DELAWARE CORPORATION)
1 Monster Way
Corona, CALIFORNIA 92879

CLASS 32: Non-alcoholic beverages, namely, energy drinks, soft drinks, sports drinks, and flavored waters; drinking water, namely, water enhanced with vitamins, nutrients, proteins, and/or amino acids

FIRST USE 3-1-2017; IN COMMERCE 3-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-074,466, FILED 06-16-2016



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

Exhibit 10 Page 4 of 4

Notice of Opposition
Serial No.: 88/242135

TTAB Opposition No.: _____
Monster Energy Company v. Beast Cookie Company, LLC

# EXHIBIT 11

Monster Energy Company v. Beast Cookie Company, et al.

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 21 04:51:48 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# UNLEASH THE BEAST!

| | |
|---|---|
| **Word Mark** | UNLEASH THE BEAST! |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, tops, shirts, [ long-sleeved shirts, ] t-shirts, [ hooded shirts and ] hooded sweatshirts, sweat shirts [, jackets, pants, bandanas, socks, sweat bands and gloves; headgear, namely, hats and beanies ]. FIRST USE: 20020000. FIRST USE IN COMMERCE: 20020000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86214353 |
| **Filing Date** | March 7, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 29, 2016 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **4975822** |
| **Registration Date** | June 14, 2016 |
| **Owner** | (REGISTRANT) Monster Energy Company CORPORATION DELAWARE 1 Monster Way Corona CALIFORNIA 92879 |
| **Attorney of Record** | Diane M. Reed |
| **Prior** | |

Notice of Opposition
Serial No.: 88/242135

Monster Energy Company v. Beast Cookie Company, ...

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Registrations** | 2769364 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 11 Page 2 of 4

Notice of Opposition
Serial No.: 88/242135

USPTO Assignments on the Web



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 86214353

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

Case 5:23-cv-00568-MWF-MRW   Document 12-5   Filed 05/10/23   Page 74 of 74   Page ID #:192
STA B Opposition No 0
Monster Energy Company v. Beast Cookie Company, et al.



# United States of America

## United States Patent and Trademark Office

# UNLEASH THE BEAST!

**Reg. No. 4,975,822**
**Registered June 14, 2016**

MONSTER ENERGY COMPANY (DELAWARE CORPORATION)
1 MONSTER WAY
CORONA, CA 92879

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, TOPS, SHIRTS, LONG-SLEEVED SHIRTS, T-SHIRTS, HOODED SHIRTS AND HOODED SWEATSHIRTS, SWEAT SHIRTS, JACKETS, PANTS, BANDANAS, SOCKS, SWEAT BANDS AND GLOVES; HEADGEAR, NAMELY, HATS AND BEANIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,769,364.

SER. NO. 86-214,353, FILED 3-7-2014.

WON TEAK OH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Exhibit 11 Page 4 of 4

Notice of Opposition
Serial No.: 88/242135