# Exhibit 4

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA1017681**

Filing date: **11/22/2019**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding | 91249036 |
| Party | Defendant<br>Beast Cookie Company, LLC |
| Correspondence Address | MARINA L LANG<br>SOCAL IP LAW GROUP LLP<br>310 N WESTLAKE BLVD STE 120<br>WESTLAKE VILLAGE, CA 91362<br>UNITED STATES<br>uspto@socalip.com, mlang@socalip.com, mharris@socalip.com, alomonaco@socalip.com<br>805-230-1350 x250 |
| Submission | Other Motions/Papers |
| Filer's Name | Marina Lang |
| Filer's email | uspto@socalip.com, mlang@socalip.com, alomonaco@socalip.com |
| Signature | /Marina Lang/ |
| Date | 11/22/2019 |
| Attachments | Express Abandonment L19A47.pdf(100666 bytes ) |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Monster Energy Company,<br><br>    Opposer,<br><br>        v.<br><br>Beast Cookie Company, LLC,<br><br>    Applicant. | Cancellation No. 91249036<br><br>In the Matter of Application No. 88/242,135<br><br>Mark: BEAST ENERGY COOKIE |

### EXPRESS ABANDONMENT OF APPLICATION

Applicant Beast Cookie Company, LLC ("Beast Cookie") by and through their respective counsel, hereby expressly abandons Application Serial No. 88/242,135 for the mark BEAST ENERGY COOKIE in International Class 030.

November 22, 2019

/Marina Lang/
Marina L. Lang mlang@socalip.com
Michael D. Harris mharris@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Phone (805) 230-1350 • Fax (805) 230-1355

*Attorney for Applicant Beast Cookie Company, LLC*

### PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Express Abandonment of Application** has been served on opposing counsel by email on the date below to:

Benjamin Ho
efiling@knobbe.com
MEC.TTAB@knobbe.com

November 22, 2019

/Anneliese G. Lomonaco/
Anneliese Lomonaco