# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Monster Energy Company, <br> Plaintiff, <br> v. <br> Beast Cookie Company, LLC, <br> Defendant. | No. 5:23-cv-00568-MWF-MRW <br><br> [Proposed] Order Granting Motion to Dismiss under FED. R. CIV. P. 12(b)(6) <br><br> Date: Monday, June 12, 2023 <br> Time: 10:00 a.m. <br> Judge Fitzgerald |

Defendant Beast Cookie Company, LLC moved to dismiss under FED. R. CIV. P. 12(b)(6) the complaint filed by plaintiff Monster Energy Company, because the claims are barred by laches.

The motion is GRANTED. The claims for relief are dismissed under FED. R. CIV. P. 12(b)(6).

Dated:_____    _____
                                   Michael W. Fitzgerald
                                   United States District Judge

---

Order Dismissing Complaint    1    Monster Energy v. Beast Cookie
                                   No. 5:23-cv-00568 MWF-MRW