JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEAST COOKIE COMPANY, LLC,<br><br>Defendant. | Case No. EDCV 23-568-MWF(MRWx)<br><br>**ORDER GRANTING JOINT STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Hon. Michael W. Fitzgerald |

The Court has reviewed the parties' Joint Stipulated Dismissal with Prejudice (the "Stipulation"). (Docket No. 37). For good cause shown, the Court GRANTS the Stipulation, and DISMISSES with prejudice all claims, counterclaims, and defenses in this action. Each party shall bear its own costs, attorneys' fees, and expenses.

IT IS SO ORDERED.

Dated: February 22, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge